IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 4:15-cr-861-BHH |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **JARRETT MICHAEL BOYD, a/k/a Fat Boy,** ) | |
| **MARIO DELONTANY MASON,** ) | |
| **CHRISTOPHER LAMONT HEIDT, a/k/a Cane,** ) | |
| **JOSHUA JEROME HICKS, a/k/a JJ** ) | |

The within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal Number 4:15-CR-861-BHH against Jarrett Michael Boyd, a/k/a "Fat Boy", Mario Delontany Mason, Christopher Lamont Heidt, a/k/a "Cane", and Joshua Jerome Hick, a/k/a "JJ", be and the same is hereby dismissed without prejudice.

s/ Bruce H. Hendricks
BRUCE H. HENDRICKS
UNITED STATES DISTRICT JUDGE

Florence, South Carolina

February 9, 2016